## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6119 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Rima Othman   vs   Donald Ferguson, et al | | |

**DOCKET ENTRY TEXT:**

By agreement, this cause is dismissed.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|